UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | 16-11688-elf |
| Charles W. Covell, Jr. | : |  |
| (Debtor) | : | Chapter 13 |

### CERTIFICATION OF SERVICE OF AMENDED PLAN

    I, Geri H. Gallagher, Esquire, counsel for the Debtor, certify that the Amended Plan was served upon the creditors who filed claims in this matter by regular mail on September 27, 2016, except for US Bank, which is represented by counsel who was served electronically at the time of filing. The US Trustee and the Chapter 13 Trustee were served electronically at the time of filing.

     S. Geri H. Gallagher
Geri H. Gallagher, Esquire
Attorney ID #33100
P. O. Box 64
Fairview Village, PA 19409-0064
610-635-0134