**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Charles W. Covell, Jr.** | **: CASE NO. 16-11688 ELF** |
| | : |
| | : |
| | **: HEARING DATE: Aug.13,2019** |
| | **: TIME: 1:00 pm** |
| | **: LOCATION: COURT ROOM No.1** |
| **Debtor** | **: United States Bankruptcy Ct.** |
| | **: 900 Market St., 2nd Floor** |
| | **: Philadelphia, PA 19107** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor, Charles W. Covell, Jr. has filed a Motion for Leave of Court to Amend Confirmed Chapter 13 Plan and for Confirmation of the Amended Plan with the Court for leave of Court to Amend the Confirmed Chapter 13 Plan and form Confirmation of that Plan.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before August 8, 2019 **you or your attorney must file a response to the Motion.**

3. **A hearing on the motion** is scheduled to be held on August 13, 2019 **at 1:00 p.m., in Courtroom #1 , United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

Clerk, U.S. Bankruptcy Court
Room 400, Robert N.C. Nix Federal Courthouse
900 Market Street
Philadelphia, PA 19106.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Geri H. Gallagher, Esquire
P. O. Box 64
Fairview Village, PA 19409-0064
610-635-0134


Date: July 9, 2019