**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : **CHAPTER 13** |
| **Charles W. Covell, Jr.** | : **CASE NO.  16-11688** |
| | : |
| | : **HEARING DATE: Aug. 13, 2019** |
| | : **TIME: 1:00 pm** |
| | : **LOCATION: COURT ROOM No. 1** |
| | : **United States Bankruptcy Ct.** |
| **Debtor** | : **900 Market St., 2nd Floor** |
| | : **Philadelphia, PA 19107** |

**CERTIFICATION OF SERVICE**

I, Geri H. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on July 9, 2019, I did serve the attached Motion for Leave of Court to Amend Chapter 13 Plan and for Confirmation of the Amended Plan, by electronic means or regular first class mail, postage prepaid, on the persons set forth below, at the addresses listed with each name:

William C. Miller, Esq.,
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106

Kevin McDonald, Esq.
701 Market St., Ste. 5000
Philadelphia, PA 19106

Frederick J. Baker, Esquire
Senior Asst. U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Respectfully submitted,

Dated: July 9, 2019

/s/Geri H. Gallagher
Geri H. Gallagher, Esquire
P. O. Box 64
Fairview Village, PA 19409-0064
Attorney for Debtor