# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-11688-ELF

CHARLES W COVELL JR

520 MARK LANE

KING OF PRUSSIA, PA 19406

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLES W COVELL JR

520 MARK LANE

KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

GERI H. GALLAGHER
PO BOX 64

FAIRVIEW VILLAG, PA 19409

Date: 6/25/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee