IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	Charles W. Covell, Jr.	:	BKY. NO.  16-11688 elf
	:
	Debtor	:	CHAPTER  13

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations*
Pursuant to 11 USC Section 1328(a), I certify that:
_X__ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.
____ I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below:*
My current address: n/a
My current employer and my current employer's address is: n/a

*Part III. Certification Regarding Section 522(q)*
Pursuant to 11 USC Section 1328(h), I certify that:
_x_ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $160,375 in value in aggregate.
___ I have claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $160,375 in value in aggregate.

*Part IV Debtor's Signature*
I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Date: 4/5/2021						  S/ Charles W. Covell, Jr.
						Charles W. Covell, Jr.