Certificate Number: 01267-PAE-DE-035726060

Bankruptcy Case Number: 16-11688



01267-PAE-DE-035726060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 2, 2021</u>, at <u>5:59</u> o'clock <u>PM CDT</u>, <u>Charles W Covell Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 2, 2021</u>       By:   <u>/s/Cristina Gonzalez</u>

Name:  <u>Cristina Gonzalez</u>

Title:  <u>Counselor</u>