UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | 16-11688-elf |
| Charles W. Covell, Jr. | : | |
| (Debtor) | : | Chapter 13 |

### CERTIFICATION OF SERVICE OF NOTICE OF DEADLINES

I, Geri H. Gallagher, Esquire, attorney for the Debtor, certify that on June 18, 2021, I served the Notice of Deadlines dated 6/16/2021 upon 1st Progress by first class mail, postage pre-paid to:

First Progress Card
P. O. Box 9053
Johnson City, TN 37615-9053

           S/ Geri H. Gallagher
Geri H. Gallagher, Esquire
P.O. Box 64
Fairview Village, PA 19409-0064
610-635-0134